The next case is Morro v. New York City Department of Education. Good morning, Your Honors. My name is James Morro. I'm the pro se litigant in this case. I appealed to this court to reverse the decision of the district court, which is based on race discrimination. I stand here today still a strong teacher at a charter school in Brooklyn. There are no issues at my current school, which I am currently have experienced the last five years. I was hired in regards to this current case in 2016-2017 school year. At the time where the not a good fit comment was made, I was at a school in Bronx, New York. The entire administration of that school was African American and or Haitian American. The entire student body was also minority students, African American and or Hispanic American. I met this principal at a jobs fair not too far from here. And the Board of Ed said to branch out to other boroughs in terms of the best chance of getting a job, which is what I did because I had no prior experience as a teacher at the time of this. So again, there are similarly situated teachers that I mentioned in my case. Mr. Morro, I have a question. There was an assault. It was after that assault that the statement about you're not a good fit came in. And after that, the negative things were put in your record. But you don't know anything about that assault. What happened? I find it very hard to understand what people have said without the context of that. Now, if it isn't in the record, maybe it isn't in the record. I wish I could know what happened. Well, another student came into my classroom who was not my student. I was asked to leave. He threw a little tantrum. He was escorted out. There was an investigation by the school and they determined he was at fault. But he was not a student in your class? Well, he wasn't on my roster, no. I'm sorry? He was not on my roster. But after that is when they determined that he was not a good fit, which was then later said at the hearing, at my discontinuance trial, I guess, whatever you want to call it, with the actual appellees, I was found to be not liable for that assault. I mean, then again, what am I going to do? I can't go to... No, no, but you see, what I wondered, whether that incident was an indication of a young teacher's incapacity to control a class, which is a very different thing. But you're telling me this was somebody who came from the outside and had nothing to do with that. Yes, it was not on my roster. It was clarified. There was nothing. I was found, you know. But before that, things were said by the principal. It was just constantly building. And again, even if a young teacher like myself, who I still terminated, which is what the next part was, probationary discontinuance is a tough standard. There are a lot of other circumstances that, for me to explain, would take too long between the state education law, the union law, and the chancellor's regulations. There's a lot to do in terms of how I'm actually discontinued. So again, after I received two letters to file for potential wrongdoing, it was a fire drill. The principal claimed that she saw me through the window, which, I mean, it's clear that no one could look through it. But then again, I also had two more observations after that, which were barely in the ineffective range. As the appellees said in their case, any probationary teacher can be discontinued for any legal reasons or no reason at all. And no reason at all, it's like there has to be a reason. I mean, there were reasons. She said at the hearing, it's on tape, she actually said, not a good fit as the main reason why. It wasn't the letters in the file, it wasn't her ineffective ratings, it was that. You're over time, but I have a question, so let me ask if you can answer it nevertheless. You were going to address the proposition that there are other similarly situated individuals who were treated in this way, and I wanted to ask specifically about the two drills. Are you saying that the complaint says, or you've made the allegation, that there were other teachers in the hall who were not cited for that? Yes. For being out of place during the drill? Yes, three were not. Two were African-American, one was Filipino-American, and me and another teacher who were both white were cited for the exact same reasons on the exact same days. And also the co-comparers that I said were let go, one was Asian-American, another teacher, African-American, was actually still at that school, or he was, I don't know if he still is, as of today. But they were eligible for discontinuance and were not. I was. They gave us four years on our probation, and I was after one year. I don't understand the story of the drills and why the other people on the corridor were similarly situated. Your complaint says something about the door frame. Yes, she said she could see me through the door. I would say they needed to build a case to get rid of me because, you know. Well, I don't understand the facts. I thought you said today it was a fire drill. It's not an active shooter drill or something like that? No, I'm not a fire drill. An active shooter drill, yes. It was for a soft lockdown. Do I understand correctly that the idea is everybody is supposed to hide in such a way that they can't be seen from the door? Correct. Yeah, and I was in the back. I was kind of hiding. But, I mean, she kind of looked through and whatever. But the other – She said she did. What is the basis for thinking that the other people were not hiding? I mean, she needed a case against me, and that was the easiest thing. I mean, what I – But, I mean, you are saying that there were other people. Yes. Who were similarly situated, but similarly situated in what sense? Were they – They were all teachers. They were eligible to be sighted like I was. Well, but – But why? I mean, if it's one – If somebody is – If two people violate the same rule and one of them gets terminated and the other one doesn't, that's one situation. But I don't see any real allegation that the other people did the thing that you were accused of doing. So you're just saying that's false? That there's a false allegation that you could be seen? I assume so, yes. I mean, it was practice. It was – No, but explain to me. Are you saying that you could not be seen? I was saying, yes, I could not be seen. Or I was saying they also could be seen. Which of these two? I could not be seen. I was in the back. I was behind my desk. Oh, I see. Pretending there's a gunman in the building with the school, and obviously the mindset is to hide so the gunman passes the classroom. So everyone remains quiet and they could just move on. And I was in the back. I don't know how else I could have hid. It was an older school. There were some closets that were locked. There were desks. They hide under your desk. And the lights were off. And she claimed she saw me. I don't know if she did or didn't. I mean, it's a clear doorway. You could say anything you want. But what I'm trying to say is that was after the not a good fit was said. And she did a case against me. Like I said, I had no absences. I had no other thing to get me on. And I needed a case, and this was going to do it. Okay. I understand. May it please the court. Kate Fletcher for the appellees. I would like to just point out the lack of allegations in this case. And the simple fact is that Mr. Morrow has not presented any factual allegations that can reasonably support an inference of discrimination, which is a necessary element to his claims. Excuse me. The not a good fit comment is essentially a neutral comment. And without any kind of additional context to create something. Why is it neutral in a situation where he is the only white person to say you do not fit? Why isn't that, and haven't we in other cases suggested that something like that suggests race? I would argue in this case it's similar to Yusuf V. Vassar College, where it was found that it was insufficient to raise an inference of discrimination based merely on the fact that the other people were white and the plaintiff was Bengali. And the simple fact here is that there is no racial connotation to that statement. It came after a disruption in the classroom. It is unclear exactly what happened because those facts were not alleged in the record. But we have been very clear that the prima facie case is a very easy case. I am really more interested in whether there were reasons for firing or for not keeping that are not protection. In many of these cases, we either say there is a prima facie case or arguendo that it is a prima facie case, and then we look to the other reasons. So I would like you to give me some ground for saying that what happened was not protection. Well, in this instance, Mr. Morrow was cited on two occasions for violating the active shooter drill procedures, which is a safety issue in the school. In addition, he received ineffective ratings on two occasions. He was also looking at the active shooter drill. The complaint alleges that another white teacher was similarly cited and that the complaint was not drafted by a lawyer, and that there were other teachers who were also in the hall who were not cited for this infraction. So I read the complaint as attempting to say there are some similarly situated people who were not cited, and another person who happened also to be white was cited, and this raises some inference of discrimination. I understand that this is a minimal burden, but they still have to raise some sort of factual allegation to support some sort of inference of discrimination. And in this case, the mere fact that they were nonwhite and in the same hallway is not sufficient. It's not an allegation that they themselves violated the procedures of the active shooter drill. He didn't allege that they violated the active shooter drill. Even on information and belief, that allegation was never made. So it is not reasonable to say that they are similarly situated in all material respects, where there is no even ---- And this is at the pleading stage by a pro se litigant. Who has had multiple opportunities, even after a motion to dismiss where all of these arguments were raised. He had multiple opportunities to amend and to correct the pleading deficiencies. I understand this is a pro se plaintiff, and they are afforded solicitude. However, again, he had the opportunity to simply allege upon information and belief that he believed these other teachers had also violated the safety procedures. There is no such allegation in the complaint after two opportunities. He supplemented his original complaint on two occasions. I'm sorry. I heard him say, maybe I'm wrong, that he did not violate, not that the other teachers did. Now that may be, that's a different claim. And it's a- It is a different argument. It's one he has not made before. It's one that he did not allege in his, excuse me, in his brief in front of this court or below in the district court. So I, and I would say that his merely, there is no basis to say that the principal was lying in this case. According to what he's just said, which is new information, the principal looked through the doorway and could see him, and that was a violation. He said that he was sort of hiding before you today, which is not the same thing as actually hiding. And his, but I think more critically is that that is, this is the first time he's made any allegation that Principal Guillaume falsified her, in her reports that he violated the active shooter drill. So that claim is not argued before this court and is being made now for the first time on oral argument. You know, after he had an opportunity to even raise it on reply, which he chose not to use, after he had an opportunity to raise it in his opening brief, which he chose not to do, and had multiple occasions in the district court to raise that allegation. And it is not, it's simply not here. And that is the nature of this case. There are a lot of allegations that minimally could have supported his claims. But they're not here. They're not made. And the fact that there is no factual basis to support an inference, even a minimal inference, even a minimal factual allegation. Can you tell me what you don't fit means? What it can go to? I think you don't fit. For example, he alleged in his, he made the other allegation that the principal thought he was a young teacher who should be teaching younger students. That is an example of a way in which he did not fit in the classroom that he was in, in the school at the level he was teaching, that is completely race neutral. It has nothing to do with anti-white bias or anti-white animus. It is simply a fact that you can say, especially after a situation in which you're unable to control your classroom, even if the person was not a student who was supposed to be in the classroom, to say you're not a good fit. That's why I asked. If the person was in the classroom, then I can understand very well. Somebody who comes out of the classroom doesn't tell me much about whether a young teacher can control the classroom. Again, the allegations that were made in the district court and before this court in briefing are quite minimal as to the specific circumstances of that incident. So what we know is that there was an allegation of some sort of an assault, and we know that there was a classroom management issue, and we know that that statement was made. But beyond that, there is nothing to suggest racial overtones or bias in this case. And the plaintiff simply has not met the minimal pleading standard. Thank you for your time. Mr. Mora, you have one minute of rebuttal. Okay, yeah. Like I said, there was also a hearing in which their people said there was no legitimate business reason for this to take place. Even if all that was true, I guess it kind of is true or not true, but there was no reason for this. I had four years. I think every teacher in the world has trouble classroom management. The not a good fit comment was made multiple times. It was made in the actual hearing for everyone to hear. You could say it was a hostile work environment even after I was terminated, however you want to see that. And I'm just asking to have discovery here flush this out of whether people were cited. I don't know. I don't have access to their records. I truly don't know if they were or weren't. Same thing with everything else here. I don't know. I had a similar situation. If Ms. Zibo or a person I mentioned were tenured, they wouldn't be, and then I would guess I would be wrong. But I don't know, and they just keep throwing what's the standard, what's the standard. In that lockdown, I don't know what happened. It was practice. It was practice for if it was happening, and I have not seen one happen. For instance, if I got terminated for being excessively late or like the Chancellor's Regulation showing up late, under the influence, whatever it is, I can't argue that.  This is practice for a drill. And plus the union said I can't refute that. They scrapped it. I don't know the union law. I couldn't argue that. All I could do is put in something and say I disagree with this. And that was it. I mean, the union law. Like I said, there's a lot going on here with this where hypothetically what if she didn't discontinue me, I would be guaranteed my job back based on current laws, and there's a lot of laws. There's city laws, union laws, state laws. The best way to get me out of that school was to do this. And it's a mark on my record. I get that. And mayoral things change, and there's a lot. But, yeah. So I'm just asking to maybe get some more discovery to kind of flush these things out. Well, thank you both, and we will take the matter under advisement. That is the last case to be argued on the calendar this morning, this afternoon. So I will ask the deputy to adjourn the board. Quiet when I adjourn.